Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

FILED

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

2017 MAR 27  P 1:24

U.S. DISTRICT COURT
N.D. OF ALABAMA

Jeremiah Samuel Maubury
_____Plaintiff_____
(Write your full name. No more than one plaintiff may be named in a complaint.)

-v-

Case No. ?? haven't been notified
(to be filled in by the Clerk's Office)

CV-17-BE-0467-E

Talladega County Jail
_____Defendant(s)_____
(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

1

## I. The Parties to this Complaint

### A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

| | |
|---|---|
| Name | Jeremiah Samuel Marbury |
| All other names by which you have been known: | (Cinco)(SAM) |
| ID Number | 187819 |
| Current Institution | Talledega County Jail |
| Address | Talledega County Jail P.O. Box B |
| | Talledega, Alabama 35161 |
| | City / State / Zip Code |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Childersburg Police Department |
| Job or Title *(if known)* | Chief/PD |
| Shield Number | N/A |
| Employer | Childersburg (PD) |
| Address | N/A |
| | Childersburg, Alabama 35044 |
| | City / State / Zip Code |

☐ Individual Capacity   ☑ Official Capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Julie Hamilton |
| Job or Title *(if known)* | Commisary |
| Shield Number | N/A |
| Employer | Talledega County Jail |
| Address | Talledega County Jail P.O. Box ! |
| | Talledega, Alabama 35044 |
| | City / State / Zip Code |

☑ Individual Capacity   ☐ Official Capacity

2

Defendant No. 3

    Name: J. line

    Job or Title *(if known)*: Mail

    Shield Number: N/A

    Employer: Talledega County Jail

    Address: Talledega County Jail P.O. Box B

    City: Talledega    State: Alabama    Zip Code: 35044

    ☑ Individual Capacity    ☐ Official Capacity

Defendant No. 4

    Name: OTC S. Murphree

    Job or Title *(if known)*: Telephone

    Shield Number: N/A

    Employer: Talledega County Jail

    Address: Talledega County Jail P.O. Box B

    City: Talledega    State: Alabama    Zip Code: 35044

    ☑ Individual Capacity    ☐ Official Capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Violating my rights of freedom, I been (Falsley Incarcerated) Since (2-2-17) for (FTA) never had a (court Date) and still dont.

3

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Percieving all this is out of Racism, I was arrested (without) any (Warrant of arrest) or (with any Court Date). (AT ALL)!

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

- [x] Pretrial Detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

(505 5th Ave SW) · (2-2-17)

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

4

C. What date and approximate time did the events giving rise to your claim(s) occur?

(2-2-17) dont Know what Specific time.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was just in my yard then like (6) police cars pullup. Not one had in (warrant). (Childersburg PD) Been harrising me on (Several occagssions). No one else was involved But me.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries in detail.

I did not

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want a (lawsuit) for (falsley Incarceration, holding my Mail for weeks, Un-Purchased with Draws of Commisary, Un-Purchased assistance of Medical). I have all (Evidence) ready to be acknowledged to anyone that can help me. I also was locked-Down or my days with a (convicted Capitol Murder) as well. from (3-5-17) - (3-9-17). I need help! There also have been (State Inmates) in this County since I was first arrested (2-2-17). Until I acknowledged my family and I notice so they put me in PCI for (7 days) with T-art (3-00-17). But (State inmates) were (threaten me). So they only shift a couple of us off on (3-23-17). I Strongly percieve there are still (State Inmates) here. I got into a fight with (State Inmate) by the name of (Quon Swain) and I percieve he's still in (E Dorm).

5

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

_____

_____

6

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

[x] Yes

[ ] No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

[ ] Yes

[ ] No

E. If you did file a grievance:

1. Where did you file the grievance?

   Talledega County Jail

2. What did you claim in your grievance?

   Never been Notified of (Notory Public). Which atleast Supposed to be Notified once a week.

3. What was the result, if any?

   After a couple Request She never responded until I acknowledged (your facility). (United States Courthouse)

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I wrote alot of request that haven't been responded too. So It really haven't changed anything.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:
   They stop passing them out to Me. Ignoring Me on all occa'ssions.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:
   All C.O's that come through the Door. They response Always something smart/negative.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.
   I'm falsely incarcerated for these alters, and still behind Bars. They have put me in lockdown on (3-1-17)- (3-2-17).

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes

☑ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

N/A

8

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*

_____

9

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff: Jeremiah Samuel Marbury
Prison Identification #: 187819
Prison Address: Talledega County Jail P.O. Box B
Talledega, Alabama 35044
*City          State          Zip Code*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3-23-17
            (Date)

Jeremiah S. Marbury
Signature of Plaintiff

10

(1)

(3-23-17)

As I have been (Fulsley Incarcerated) I have not obtained any case numbers, files or anything pertaining to my case.

Note: (2-2-17)

Since my (Incarceration) I have had major problems from this facility. They have been taking my (LEGAL MAIL) and (mail) that has been returned to me. They have been charging (un-purchased) with (to do so) of my (Commissary account). Also money withdrawn from (account) that hasn't even been purchased. I have all Evidence (hidden), because since my (Incarceration) I kept all true (Evidence) I needed. Since (2-2-17) I was charge with an (FTA) But was never notified or given any information for a court date. I have been charged with (Misdemeanors) been over incarcerated in (Felony Dorms). But in these Dorms since I been Incarcerated (2-2-17), there have (State Inmates) here to get rid of all my (Evidence). There have been here since I first was Incarcerated until the Date of (3-23-17). A couple of (State Inmates) have threatened me, I have got into a fight with a State inmate by the name of (Quan Sumter). It has been more (State inmates) here than County Inmates. The whole time they were here (EVERYDAY) they were asking for my (Evidence). When I was notified that they were (State Inmates), I acknowledged my family to notified (Jail) of it (Fatal). But every from we starting having conversation and (Evidence) (Des. Acts). They raised the (Hand) (3-23-17) to take the (Prisoners) Back. Because I was to bring now today. But they can't delete what's on (Camera).

(12)

> My Brother have been contact... ... ... ... ...
(I have ALL (EVIdence). PLEASE CONTACT ME ASAP.)
> My Brother number is He (256-269-8287)
I am now in the (DORM) where the (Prisoners) ...
to lockdown (E) (cell-100). (3-22-17) - (3-27-17)

I Probably filled the wrong Answers in (this form)
But I have all (EVIDENCE).

(PRISONERS) have threaten to kill me if I don't
give it up. I requested to go to (C-Dorm) from (E-Dorm)
But they were all in (Both Dorms).
Please help ... ... ... ... having no luck then
with (Capital Murder) ... ... ... ... ... ... ...
... I've been ... ... ... ... ...
Court ... ... ... ... ... and my (Appointed
Lawyer) haven't Done Anything on my Behalf PCR ...
Since she has been Appointed (1-10-16). I really
need help I have all ... ... ... now (...).

On (3-23-17) C.O. woke me up (7:00)am saying I
had court they papered a Belt ... around me and had
shackles on my feet and ... To a holding
cell with (State Inmates) ... It is past they
say I didn't have court ... to (PC) they
said I couldn't go to ... ... ...

They have turn off the Emergency Button ... ...
call, to ignore my ... just got me stuck in the
cell

I'm sorry our law library don't have updated law books and they (never) allow us to go anyway. Could you please send me copy of the federal laws of my behalfs please.

Ex: (falsley ... (Installing Mail) (...

... I have Everything ... need! I just need help.

If I was supposed to sign ... band for the (Hudicous (...) to sign, I gave it to a (C.O) on (3-03-17), he told me he was going to give it to the (Sergant) and I gave him ... it and they was ... to return it). Then they came but the same C.O (Denied Access) of getting them signed. (3-24-17) they kept the paper which the Authorize officer was supposed to sign.
I really need help! I have all (Evidence)