# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| JEREMIAH SAMUEL MARBURY, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:17-cv-00467-KOB-JEO |
| TALLADEGA COUNTY JAIL, et al., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

On April 17, 2017, the magistrate judge ordered the plaintiff to pay an initial partial filing fee of $25.20 and return a signed Prisoner Consent Form to the Clerk of Court within thirty days. (Doc. 10). The magistrate judge advised the plaintiff that failure to comply within the time allowed could result in dismissal of this action without further notice. (*Id.*). More than thirty days has elapsed, and the plaintiff has failed to comply with or otherwise respond to the magistrate judge's order.

Accordingly, the court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** because of the plaintiff's failure to prosecute.

For information regarding the cost of appeal, see the attached notice.

DONE and ORDERED this 18th day of September, 2017.

*Karon O. Bowdre*
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE

**United States Court of Appeals**
**Eleventh Circuit**
**56 Forsyth Street, N.W.**
**Atlanta, Georgia 30303**

David J. Smith                                                                                  In Replying Give Number
Clerk of Court                                                                                  of Case and Names of Parties

# NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

The Prison Litigation Reform Act of 1995 (effective April 26, 1996) now REQUIRES that all prisoners pay the Court's $500.00 docket fee plus $5.00 filing fee (for a total of $505.00) when appealing any civil judgment.

If you wish to appeal in a civil case that Act now requires that upon filing a notice of appeal you either:

(1)   Pay the total $505.00 fee to the clerk of the district court from which this case arose; or

(2)   arrange to have a prison official certify to the district court from which the appeal arose the average monthly deposits and balances in your prison account for each of the six months preceding the filing of a notice of appeal.

If you proceed with option (2) above, the Act requires that the district court order you to pay an initial partial fee of at least 20% of the greater of either the average monthly deposits or of the average monthly balances shown in your prison account. The remainder of the total $505.00 fee will thereafter be deducted from your prison account each month that your account balance exceeds $10.00. Each such monthly deduction shall equal 20% of all deposits to your prison account during the previous month, until the total $505.00 fee is paid. (If your prison account statement shows that you cannot pay even the required initial partial fee, your appeal may nevertheless proceed, BUT THE TOTAL $505.00 FEE WILL BE ASSESSED AGAINST AND WILL BE DEDUCTED FROM FUTURE DEPOSITS TO YOUR PRISON ACCOUNT.)

Fees are not refundable, regardless of outcome, and deductions from your prison account will continue until the total $505.00 fee is collected, even if an appeal is unsuccessful.

David J. Smith
Clerk of Court

PLRA Notice